**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 12 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00884–REB–KMT

GABRIEL B. ATSEPOYI, and
GABRIELA ATSEPOYI,

    Plaintiffs,

v.

AURORA POLICE DEPARTMENT, COLORADO,
AURORA CITY ATTORNEYS,
AURORA JUVENILE COURTS,
AURORA MALL, and
HOLLISTER STORE IN AURORA MALL,

    Defendants.

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted Plaintiffs leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from Defendants Aurora Juvenile Courts, Aurora Mall, and Hollister Store in Aurora Mall. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon these defendants. If

appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that these defendants or counsel for these defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on these defendants.

Dated this 11th day of May, 2011.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00884-REB-KMT

Gabriel B. Atsepoyi
10070 E. Carolina Dr., #202
Denver, CO 80247

US Marshal Service
Service Clerk
Service forms for: Aurora City Attorneys, Aurora Juvenile Courts, Aurora Mall, and Hollister Store

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Aurora city Attorneys, Aurora Juvenile Courts, Aurora Mall, and Hollister Store: NOTICE OF REMOVAL FILED 04/05/11, COMPLAINT FILED 04/05/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on May 12, 2011.

                                               GREGORY C. LANGHAM, CLERK

                                               By: _____
                                                     Deputy Clerk