IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00884–REB–KMT

GABRIEL B. ATSEPOYI, and
GABRIELA ATSEPOYI,

    Plaintiffs,

v.

AURORA POLICE DEPARTMENT, COLORADO,
AURORA CITY ATTORNEYS,
AURORA JUVENILE COURTS,
AURORA MALL, and
HOLLISTER STORE IN AURORA MALL,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on Plaintiffs' "Notice of Motion and Motion for Leave to File an Amended Complaint." (Doc. No. 27, filed 6/13/2011.) Plaintiffs failed to confer with Defendants before filing the present motion. The Tenth Circuit has cautioned that *pro se* litigants "must follow the same rules of procedure that govern other litigants." *Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992) ("[W]e have repeatedly upheld dismissals in situations where the parties themselves neglected their cases or refused to obey court orders."(citing cases)). The Local Rules of Practice for the District of Colorado require all parties to confer on motions and other disputes before a motion is filed. D.C.COLO.LCivR 7.1A.; *see also Visor v. Sprint*, No. Civ.A. 96-K-1730, 1997 WL 796989, at *1 (D. Colo. Dec. 31, 1997). Accordingly, the motion is DENIED for failure to confer.

Dated: June 16, 2011.