IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00884–REB–KMT

GABRIEL B. ATSEPOYI, and
GABRIELA ATSEPOYI,

    Plaintiffs,

v.

AURORA POLICE DEPARTMENT, COLORADO,
AURORA CITY ATTORNEYS,
AURORA JUVENILE COURTS,
AURORA MALL, and
HOLLISTER STORE IN AURORA MALL,

    Defendants.

## ORDER OF RECUSAL

    This matter was drawn and was subsequently referred to me by District Judge Robert E. Blackburn (Doc. No. 3) for pretrial case management. Based on interactions with Plaintiff in a prior case, and pursuant to 28 U.S.C. § 455(b)(1), I hereby recuse myself from this action. The Clerk of the Court shall assign another Magistrate Judge to this case.

    Dated this 28th day of June, 2011.

BY THE COURT:

_Kathleen M. Tafoya_
Kathleen M Tafoya
United States Magistrate Judge