IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 11-cv-00884-REB-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: September 20, 2011 | Courtroom Deputy: Emily Seamon |

*Parties:*  *Counsel:*

GABRIEL B. ATSEPOYI, and  Pro se *(by telephone)*
GABRIELA ATSEPOYI,

    Plaintiffs,

v.

AURORA POLICE DEPARTMENT,     Julia Bannon
COLORADO,
AURORA CITY ATTORNEYS,
AURORA JUVENILE COURTS,
AURORA MALL, and     Karl Kaesemeyer
HOLLISTER STORE IN AURORA MALL,     Joseph Neguse

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: PRELIMINARY SCHEDULING CONFERENCE**
**Court in session:** 2:00 p.m.
Court calls case. Appearances of counsel.

Discussion between the Court and counsel regarding legal representation for Plaintiff Gabriela Atsepoyi. The Court encourages Mr. Atsepoyi to look for an attorney.

Discussion regarding Plaintiffs' Notice of Motion and Motion for Leave to File an Amended Complaint, a violation of due process, and Defendant The Retail Property Trust, doing business as The Town Center at Aurora's Motion to Dismiss.

**ORDERED:** Plaintiffs' Notice of Motion and Motion for Leave to File an Amended Complaint [Doc No. 32] is DENIED WITHOUT PREJUDICE.

**ORDERED:** Request for Attorney Joseph Neguse/Eurich to Furnish Copies of Papers Filed with the Court to the Plaintiffs [Doc. No. 66] is DENIED AS MOOT.

HEARING CONCLUDED.
**Court in recess:       2:42 p.m.**
Total time in court:    00:42

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.