IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 11-cv-00884-REB-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: October 14, 2011 | Courtroom Deputy: Laura Galera |

*Parties:*

GABRIEL B. ATSEPOYI, and
GABRIELA ATSEPOYI,

    Plaintiffs,

v.

AURORA POLICE DEPARTMENT, COLORADO,
AURORA CITY ATTORNEYS,
AURORA JUVENILE COURTS,
AURORA MALL, and
HOLLISTER STORE IN AURORA MALL,

    Defendants.

*Counsel:*

Pro se *(by telephone)*

Julia Bannon

Joseph Neguse

### COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC MOTION HEARING**
**Court in session:**    9:15 a.m.
Court calls case. Appearances of counsel.

Discussion regarding the Notice of Motion for Amended Complaint Doc.# [77].

Plaintiff requests the case be transferred back to Arapahoe District Court.

Court explains the process of removing cases to and from the United States District Court.

Plaintiff makes an Oral Motion to Dismiss Without Prejudice.

Discussion regarding Plaintiff's Oral Motion to Dismiss.

Plaintiff is advised he must file a written Motion to Dismiss Without Prejudice if he so chooses.

**ORDERED:** Notice of Motion for Amended Complaint Doc.# [77] is DENIED.

HEARING CONCLUDED.
**Court in recess:**     **10:05 a.m.**
Total time in court:     00:50

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.