**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00884-REB-CBS

GABRIEL B. ATESOPOYI, and
GABRIELA ATSEPOYI,

    Plaintiffs,

v.

AURORA POLICE DEPARTMENT, COLORADO,
AURORA CITY ATTORNEYS,
AURORA JUVENILE COURTS,
AURORA MALL, and
HOLLISTER STORE IN AURORA MALL,

    Defendants.

## ORDER GRANTING MOTION TO DISMISS

**Blackburn, J.**

    This matter is before the court on the plaintiffs' **Motion To Dismiss** [#86][1] filed October 17, 2011. The defendants filed responses [#88, #89]. I grant the motion on the terms stated in this order.

    The plaintiffs ask that this case be dismissed without prejudice. The defendants argue that this case should be dismissed with prejudice based on the arguments asserted in the defendants' motions to dismiss under FED. R. CIV. P. 12(b)(6). I conclude that it would be most efficient to dismiss this case without prejudice.

    If the plaintiffs choose to re-file a new action against one or more of the defendants asserting any of the claims asserted in this case, then the plaintiffs are subject to the provisions of FED. R. CIV. P. 41(d). Rule 41(d) provides that, if a second

---

[1] "[#86]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

case is filed, the court may require the plaintiff "to pay all or part of the costs" of the first case, and may stay proceedings in the second case until those costs have been paid.

**THEREFORE, IT IS ORDERED** as follows:

1. That the plaintiff's **Motion To Dismiss** [#86] filed October 17, 2011, is **GRANTED**;

2. That all other pending motions, including those docketed as [#58, #71, and #74] are **DENIED** as moot; and

3. That this case is **DISMISSED** without prejudice.

Dated March 13, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge